IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

(5 minutes)

## MINUTES OF PROCEEDINGS                                August 16, 2006

HONORABLE MAGISTRATE JUDGE MARGARET J. KRAVCHUK

COURTROOM DEPUTY: Brenda GONZALEZ                Cr. 97-082-44 (SEC)

COURT REPORTER: FTR

COURT INTERPRETER: Edna Brayfield                PO:
==================================================================

United States of America

**Attorneys for**
Plaintiffs: Myriam Fernandez

vs.

Harold Rivera-Rodriguez
TN: Harold Rivera-Fernandez
15595-069

Defendants: AFPD Max Perez

---

Defendant was brought before the Magistrate Judge by the U. S. Marshals upon an arrest warrant issued on December 15, 2005, by order of Senior Judge Casellas per violation of his supervised release conditions. Defendant was advised that a **Preliminary Hearing, in re: Supervised Release Violation is set for August 18, 2006, at 10:00 AM before the Magistrate Judge**. Defendant remains committed. The Federal Public Defender will represent defendant.

                                            s/ Brenda Gonzalez
                                            Brenda Gonzalez
                                            Deputy Clerk

sc: AUSA, USM, PO, FPD