## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: : 10:00
Starting Time: : 10:15
Ending Time: : 10:16
Total of Proceedings: 7

**MINUTES OF PROCEEDINGS**

HONORABLE MAGISTRATE JUDGE MARGARET J. KRAVCHUK

COURTROOM DEPUTY: Brenda GONZALEZ        DATE: August 18, 2006

COURT REPORTER: FTR                      CR. NO: 97-082-44 (SEC)

COURT INTERPRETER: Edna BRAYFIELD        PO:
==================================================================
                                         Attorneys:   AUSA Myriam Fernandez
United States of America

vs.

Harold Rivera-Rodriguez                  Max Perez-Bouret, AFPD
TN: Harold Rivera-Miranda
=====================================================================

    Preliminary Hearing, in re: Violation of Supervised Release held.  Defense counsel will not contest to violations #2, #3 and #11.  Pending is a hearing in state court for new charges on October 9, 2006.

    As to detention, there is no evidence at this time.  The Court finds probable cause to believe that the defendant violated supervised release conditions #2, #3 and #11.  The case is referred to Senior Judge Casellas for a final revocation hearing.  Defendant remains detained.

                                    *s/ Brenda Gonzalez-De la Concha*
                                    Brenda Gonzalez-De la Concha
                                    Courtroom Deputy Clerk