# UNITED STATES DISTRICT COURT

__JUDICIAL__ DISTRICT OF __PUERTO RICO__

UNITED STATES OF AMERICA

vs

**HAROLD RIVERA-RODRIGUEZ**

WARRANT FOR ARREST

CASE NUMBER: 97-CR-082 (44) (SEC)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __HAROLD RIVERA RODRIGUEZ__
(Name)

and bring him forthwith to the nearest magistrate to answer an

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of Court      [X] Violation Notice     [ ] Violation of Bail Release Conditions

charging him with (brief description of offense)

**ONCE DEFENDANT IS ARRESTED, HE SHALL BE BROUGHT BEFORE U.S. MAGISTRATE _JUDGE GUSTAVO GELPI_ FOR AN ORDER TO SHOW CAUSE HEARING, IN RE: SUPERVISED RELEASE VIOLATION.**

in violation of Title ____ United States Code, Section(s) _____

SALVADOR E. CASELLAS                                U.S. DISTRICT JUDGE
Name of Issuing Officer                             Title of Issuing Officer

_[signature]_ Deputy Clerk                          December 14, 2005, at San Juan, P.R

Signature of Issuing Officer                        Date and Location

Bail fixed at $ _____                            By: SALVADOR E. CASELLAS, U.S. District Judge
                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Ponce, PR_ | | |
| DATE RECEIVED<br>12-22-05<br>DATE OF ARREST<br>8-16-06 | NAME & TITLE OF ARRESTING OFFICER<br>Juan Correa<br>TFA PRFTF | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: ___HAROLD RIVERA-RODRIGUEZ___

ALIAS: _____

LAST KNOWN RESIDENCE: ___BARRIO CALZADA #169, Mercedita, PR 00715 (tel. 787-844-7671)___

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____