IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
     Plaintiff,

     vs.

HAROLD RIVERA-RODIRGUEZ,
     Defendant

Crim. No. 97-082 (SEC)

### MOTION REQUESTING CONTINUANCE OF REVOCATION HEARING

TO THE HONORABLE SALVADOR CASELLAS,
SENIOR UNITED STATES JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW, *Mr. River-Rodriguez*, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico, and before this Honorable Court respectfully states and prays:

1.    The revocation hearing as to Mr. Rivera-Rodriguez is scheduled for Friday, December 1st, 2006 at 9:00 a.m.

2.    On the above mentioned date, the Federal Public Defender, amongst other participants, is sponsoring a day long Brady and Crawford Litigation Seminar.

3.    The attendance of all Assistant Federal Public Defenders is required.

4.    For the aforementioned reasons, the undersigned requests this Honorable Court to continue the revocation hearing.

**WHEREFORE**, it is respectfully requested that this Honorable Court reschedules the revocation hearing for an alternative date.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, November 28th, 2006.

JOSEPH C. LAWS, JR.
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF PUERTO RICO


**S/Max Pérez-Bouret**
MAX PÉREZ-BOURET
USDC-PR 222612
AFPD for Defendant
241 Franklin D. Roosevelt Avenue
San Juan, PR  00918-2441
Tel. (787) 281-4922
Fax (787) 281-4899
E-mail : Max_Pérez@fd.org


## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that on March 24,  2006, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification to the

parties of record.

In San Juan, Puerto Rico, this 24th day of March, 2006.


*S/Max Pérez-Bouret, Esq.*