# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SENIOR JUDGE SALVADOR E. CASELLAS     Date: December 21, 2006
COURTROOM DEPUTY: Omar FLAQUER
COURT REPORTER: FTR                             CR. NO: 97-082-44(SEC)
COURT INTERPRETER: Hilda GUTIERREZ

Attorneys:

UNITED STATES OF AMERICA                        AUSA Lynn DOBLE

vs.

[44] HAROLD RIVERA RODRIGUEZ                    Max PEREZ-BOURET,

The defendant is present in court. He is under custody.

CASE CALLED FOR FINAL REVOCATION HEARING. After arguments heard, the Court found that the defendant violated the conditions of his supervised release term by not submitting the written reports withing the first five (5) days of each month, failed to follow instructions of the probation officer, and failure to notify the probation officer withing seventy-two (72) hours of being arrested or questioned by law enforcement officer. Therefore, the supervised release term imposed on April 16, 1999 is hereby revoked.

**IT IS THE JUDGMENT OF THE COURT** as to Standard Condition 2, and Conditions 3, and 11. Term of Imprisonment: **TIME SERVED.** Supervised Release Term: **Ten (10) months.** The defendant shall reside for a period of sixty (60) days at the drug rehabilitation program, at Santisima Trinindad. The defendant is advised of his right to appeal, etc. All terms and conditions are specified at the judgment form.

*S/ Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk