**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v<br><br>HAROLD RIVERA-RODRIGUEZ,<br>*Defendant*. | CRIMINAL NO. 97-082 (SEC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1. Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for defendant Harold Rivera-Rodríguez.

2. Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

In San Juan, Puerto Rico, on the 6th day of June, 2007.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

*S/Rafael Andrade-Ravelo*
RAFAEL ANDRADE-RAVELO
Assistant Federal Public Defender
USDC - PR 221308
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2305
Tel. (787) 281-4922
Rafael_Andrade@fd.org

USA v. HAROLD RIVERA-RODRIGUEZ                                                        Page 2
Criminal No. 97-082 (SEC)

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

      In San Juan, Puerto Rico, this 6th day of June, 2007.

                                   **JOSEPH C. LAWS, JR.**
                                   **Federal Public Defender**
                                   **District of Puerto Rico**

                               *S/Rafael Andrade-Ravelo*
                               RAFAEL ANDRADE-RAVELO
                               Assistant Federal Public Defender
                               USDC - PR 221308
                               241 F. D. Roosevelt Avenue
                               San Juan, PR  00918-2305
                               Tel.  (787) 281-4922
                               Rafael_Andrade@fd.org