IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    vs.<br><br>HAROLD RIVERA-RODRIGUEZ<br>    Defendant. | CRIMINAL NO. 97-082 (SEC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Mr. Harold Rivera-Rodríguez.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

    I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 17th day of September, 2007.

    **JOSEPH C. LAWS, JR.**
    **Federal Public Defender**
    **District of Puerto Rico**

    *S/Héctor Ramos-Vega*
    **HECTOR RAMOS-VEGA**
    **USDC-PR 222504**
    **A.F.P.D. for Defendant**
    **241 Franklin D. Roosevelt Avenue**
    **Hato Rey, PR  00918-2441**
    **Tel. (787) 281-4922 / Fax (787) 281-4899**
    **E-mail :** hector_ramos@fd.org