IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Vs.   CR. NO. 97-CR-0082-044(SEC)

HAROLD RIVERA-RODRIGUEZ
**************************

### ORDER

Upon petition of **VICTOR M. CANINO, U.S. PROBATION OFFICER of this Court**, alleging that Harold Rivera Rodriguez has failed to comply with his conditions of supervised release, it is

**ORDERED** that the term of supervised release be tolled as of December 26, 2006, and that Mr. Harold Rivera Rodriguez appear before the Court for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the releasee's arrest, and notify defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this __22__ day of __APRIL__, 2008.

Salvador Casellas
U.S. DISTRICT JUDGE