# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO          DATE: JUNE 27, 2008

COURT REPORTER: FTR/SLD                    **CRIM. NO. 97-082 (44)(SEC)**

COURT INTERPRETER: EDNA BRAYFIELD
=========================================================================

                                             Attorneys:

UNITED STATES OF AMERICA              AUSA, ANTONIO BAZAN

vs.

HAROLD RIVERA-RODRIGUEZ               AFPD, HECTOR RAMOS-VEGA
U/C 15595-069

=========================================================================

The defendant is present in court. He is __X__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

__X__ Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   NOVEMBER 4, 2003 is REVOKED**.

**SENTENCE**: Imprisonment for a term of 32 months with no Supervision to follow in this case, but to be served consecutive to the sentence in 07-CR-265 (01)(JAG)

                                        *S/ Sulma López-Defilló*
                                        Courtroom Deputy Clerk