✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| FOR THE | District of | PUERTO RICO |
|---|---|---|

UNITED STATES OF AMERICA

**V.**

**HAROLD RIVERA-RODRIGUEZ**

### JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:    97-CR-82 (44) (SEC)

USM Number:    **15595-069**

AFPD, HECTOR RAMOS-VEGA
Defendant's Attorney

## THE DEFENDANT:

X    admitted guilt to violation of condition(s)  Mandatory and Standards  2 & 7            of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Cond. 2 | Failure to report and to submit a truthful and complete written report  to the US Probation Officer within the first five days of each months. | 01/09,11,16,29/2007; 02/06,12,14/2007 |
| Standard Cond. 7 | Failure to refrain from excessive use of alcohol and to purchase, posses, use, distribute or administer any controlled substance. | 12/18/2006 |
| Mandatory Cond. | He committed another federal crime. | 06/02/2007 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:

_____

_____

_____

Defendant's Mailing Address:

June 27, 2008
Date of Imposition of Judgment

S/ *Salvador E. Casellas*
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT
Name and Title of Judge

June 27, 2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        HAROLD RIVERA-RODRIGUEZ
CASE NUMBER:      97-CR-082 (44) (SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**THIRTY-TWO (32) MONTHS** to be served **consecutive** to the sentence in 07-CR-265 (01)(JAG).
No supervision to follow in this case 97-CR-82.

☐    The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at  _____  ☐ a.m.  ☐ p.m.  on  _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on  _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  _____  to  _____

a  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL