UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff

v.                                                    CRIMINAL 97-082-44 (SEC)

HAROLD RIVERA-RODRIGUEZ,

Defendant

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW, the defendant, Harold Rivera-Rodriguez, represented by the undersigned attorney and very respectfully states, alleges and prays as follows:

1.  That notice is hereby given that Harold Rivera-Rodriguez, the defendant in the above-captioned matter, hereby **appeals** to the United States Court of Appeals for the First Circuit the judgment, sentence and order of commitment issued by this Honorable Court on June 27, 2008. (Docket No. 3446.)

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 1st day of July, 2008.

**JOSEPH C. LAWS. Jr**
**Federal Public Defender**
**District of Puerto Rico**

*S/Hector L. Ramos-Vega*
Hector L. Ramos-Vega
Assistant Federal Public Defender
USDC-PR 222504
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Hector_Ramos@fd.org