UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Record to the Court of Appeals

DATE:      July 29, 2008

DC #:       97-082  (SEC)

**APPEAL FEE PAID:**        YES _____        NO __X__

**CASE CAPTION:**        USA    v.    Ayala-Martínez
                         Defendant:   Harold Rivera-Rodríguez  (44)

**IN FORMA PAUPERIS:**        YES __X__        NO _____

**MOTIONS PENDING:**        YES _____        NO __X__

**NOTICE OF APPEAL FILED BY:**        Defendant

**APPEAL FROM:**        Amended Second Judgment for Revocation entered on 06/30/08

**SPECIAL COMMENTS:**        Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                         **VOLUMES:**

**Docket Entries   444, 3349, 3351, 3360-3362, 3366, 3372, 3383,**                           I
**3384, 3387, 3416, 3432-3437, 3444-3447**


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:   CM/ECF Parties, Appeals Clerk