# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

## NOTICE OF FILING TRANSCRIPT

Case Name: **US v. Harold Rivera-Rodriguez**

District Court Case No: **97-082 (SEC)**

Court of Appeals Case No: **08-1953**

Court Reporter: **FTR**

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) Revocation Hearing | Held on 6-27-08 before Judge Salvador E. Casellas |

Notice is hereby given that the above noted transcript(s) were filed in the district court on **9/5/08**.

☒ Please check here if this transcript completes the transcript order.
☐ If appropriate, check here to certify that a fee reduction sanction of _____ percent of the prescribed fee was taken.

In accordance with Judicial Conference Policy, the transcript(s) will not be available to the public by remote electronic access until _____ (ninety days after the filing date), after which time a copy will be transmitted to the court of appeals. During that ninety day period, the transcript may be purchased through the court reporter or viewed at the public terminal at the district court.

By the Court:

**9/5/08**
Date

S/Crystal Inchaustegui