AO 245D   (Rev. 12/03) Amended Judgment in a Criminal Case for Revocations
Sheet 1

NOTE: Identify changes with Asterisk (*)

# UNITED STATES DISTRICT COURT

FOR THE   District of   **PUERTO RICO**

UNITED STATES OF AMERICA
V.

**HAROLD RIVERA-RODRIGUEZ**

**AMENDED** JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:   97-CR-082 (44) (SEC)
USM Number:   15595-069

AFPD, HECTOR RAMOS-VEGA
Defendant's Attorney

**THE DEFENDANT:**

**X**  admitted guilt to violation of condition(s)   Special Condition & Mandatory   of the term of supervision.

☐  was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Failure to reside for a period of 60 days at the Drug Rehabilitation Program, Santisima Trinidad. | Since 12/24/06 |
| Mandatory Condition | He committed another federal crime. | 06/02/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 11, 2009
Date of Imposition of Judgment

S/ *Salvador E. Casellas*
Signature of Judge

Salvador E. Casellas, U.S. District Judge
Name and Title of Judge

July 10, 2009
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations NOTE: Identify changes with Asterisk (*)
Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:        HAROLD RIVERA-RODRIGUEZ
CASE NUMBER:      97-CR-082 (44)(SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**THIRTY-TWO (32) MONTHS and (*) REDUCED BY FIVE (5) DAYS to be served CONSECUTIVE to the sentence imposed in 07-CR-265(01(JAG). No supervision to follow in this case 97-CR-82 (SEC)**

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL